

Defense attorney Rick DeToto represents Antonio Armstrong, Jr., in Armstrong's capital murder trial.
Brett Coomer, Houston Chronicle / Staff photographer

The Harris County District Attorney's Office on Thursday retracted a statement a spokesman made about defense attorneys in Antonio Armstrong, Jr.'s capital murder trial, days after those lawyers threatened legal action.

✉ SIGN UP FOR THE 713

**Never miss a Houston story with news briefings throughout the day.**

Please enter your email address:

By signing up, you agree to our Terms and Conditions and acknowledge that your information will be used as described in our Privacy Policy

✕

Schiller told the paper that "defense lawyers are once again lying to the public and potential jurors about the facts" in the murders of Armstrong's parents.

DeToto retained his own attorney, who sent a letter Monday to the district attorney's office.

**More for you**

**Goines indicted by grand jury on charges connected to raid**
Read Now



✉ SIGN UP FOR THE 713

**Never miss a Houston story with news briefings throughout the day.**

Please enter your email address:

By signing up, you agree to our Terms and Conditions and acknowledge that your information will be used as described in our Privacy Policy

"While it is understandable that the Harris County District Attorney's Office would be overly sensitive about losing evidence in a high-profile case, however, for the District Attorney's office to issue a written statement to the media calling my clients "liars," is beyond the pale and will not stand," said Dean Blumrosen, DeToto's lawyer.

The district attorney's office sent the Chronicle a retraction of the statement on Thursday.

"The Harris County District Attorney's Office should not have characterized the Armstrong defense lawyers as 'lying' in that email message," the statement reads.

Armstrong's re-trial is scheduled to begin in late March. A jury deadlocked in 2019 over a verdict in the summer 2016 shooting deaths of his parents.

## Sign up for The 713

Never miss a Houston story with news briefings throughout the day.

**Email**

_____          SIGN UP

By signing up, you agree to our Terms of use and acknowledge that your information will be used as described in our Privacy Policy.

Written By
**Samantha Ketterer**

Reach Samantha on

Samantha Ketterer is a Houston Chronicle reporter covering higher education. She can be reached at samantha.ketterer@houstonchronicle.com.

Since joining the staff in 2018, Samantha has also covered criminal justice and the Harris County courthouse. She is a former reporting fellow for the Dallas Morning News' state bureau and a former city hall reporter for The Galveston County Daily News.

Samantha, who is from Houston's suburbs, graduated from the University of Texas at Austin and is a proud alumna of The Daily Texan.

VIEW COMMENTS

**EDITOR'S PICKS**

✉ SIGN UP FOR THE 713

## Never miss a Houston story with news briefings throughout the day.

Please enter your email address:

By signing up, you agree to our Terms and Conditions and acknowledge that your information will be used as described in our Privacy Policy

✕