# Robert Collins, Ph.D.

**DNA Consultant/Expert Witness**
3920-6 West Alabama Street
Houston, TX 77027
713-401-4405
robertcollinsphd@gmail.com

## Experience/Qualifications

**DNA expert in criminal and civil cases including capital murder, murder, armed robbery, sexual assault, burglary, and the Hobbs Act.**

Appointed to the defense by United States and Texas District Courts Judges in the following District Courts:

Harris County, TX
174th
176th
178th
179th
180th
182nd
183rd
184th
230th
262nd
263rd
337th
339th
351st

Montgomery County, TX
221st
435th

Galveston County, TX
10th
122nd

Fort Bend County, TX
240th

United States District Court
Southern District of Texas
Houston Division

**STRmix® Probabilistic Genotyping Software**

- Greater than 10 current and past criminal cases with STRmix DNA Analysis.
- Experienced with STRmix defense packages and non-disclosure agreements (NDA).

**DNA Consultant/Expert Witness** Houston, TX
June 2015 – present

- Provide Forensic DNA and Serology consultation services and Expert Witness testimony to civil and defense attorneys and other interested parties.
- Perform complete review of Forensic DNA casework including bench notes, DNA data, mixture
  interpretations and statistical conclusions.
- Review of forensic laboratory protocols, SOPs, validation studies, proficiency tests, and accreditation.
- Review of clinical laboratory test results, protocols, validation, and QC of laboratory developed tests (LDT) as described by the FDA.
- Evidence collection and preservation for civil attorneys.
- Present educational programs and DNA training for trial counsel and others in the legal system.

**Res. Assoc. – New Test Development** **<u>Baylor Medical Genetic Laboratories</u>**
May 2010 – February 2015 Houston, TX

- Responsible for the research, development, and validation of laboratory developed tests (LDT) for rare genetic diseases as their causes are discovered by research. Developed tandem mass-spectrometry based methods for measuring drugs and metabolites in diseases treatment.
- Developed tests for early detection of genetic diseases with patient's biological body fluids including plasma, serum, urine, and cerebral spinal fluid without DNA sequence information.
- Responsible for all tests meeting College of American Pathologists (CAP), Clinical Laboratory Improvement Amendments (CLIA), and Food & Drug Administration (FDA) guidelines.
- Tests developed for Ultra Performance Liquid Chromatography (UPLC) separation followed by detection tandem mass spectrometry (MSMS). GC-MS and HPLC-MSMS also.
- Developed clinical testing panels for pyrimidines (6 analytes), purines (7 analytes), autism related carnitine synthesis panel (3 analytes), bile acids (13 analytes), and phenylbutyrate metabolites (3 analytes).
- Performed audits of older clinical tests to implement new technologies (e.g. solid core columns) and best practices. Re-validate when necessary.
- Wrote protocols and Standard Operating Procedures (SOP) for lab developed clinical tests.

**EDUCATION:**

**<u>PhD - Molecular & Human Genetics</u> (6/2000) <u>Baylor College of Medicine</u> (Houston, TX)**

- Doctoral research included development of polymerase chain reaction (PCR) protocolsfor use in DNA-STR analysis.
- Identified and developed STR loci to map gene implicated in psoriasis-like skin disease in mice (Barlow SC, Collins RG, et al., 2003).
- Deleted genes in mice via targeted recombination to produce mouse models of human diseases.
- Generated first mouse with three linked genes individually targeted and deleted (Collins et al., 2001).
- Published seminal paper implicating cell adhesion molecules and macrophages in the initial development of atherosclerosis (Collins et al, 2000) with over 370 citations including more than 25 in the past two years.
- Extensive use of PCR, sequencing, and STRs for genetic identification.
- Trained in the Baylor College of Medicine lab that developed human identification with DNA-STR analysis.

**<u>BS – Genetics (*cum laude*)</u> (5/1994) <u>Texas A&M University</u> (College Station, TX)**

- Performed undergraduate research in plant genetics using soy beans (*glycine max*).
- Mimicked drought conditions to induce genes in drought-resistant strain.
- Identified gene (*dehydrin*) expressed during drought conditions (Whitsitt MS, Collins RG, and Mullet JE, 1997).

**<u>National Institute of Justice (NIJ) Training Certificates:</u>**

- Collecting DNA Evidence at Property Crime Scenes (2015)
- Testing of Body Fluids and Tissues for Forensic Analysts (2015)
- DNA Amplification for Forensic Analysts (2015)
- Forensic DNA for Officers of the Court (2015)
- Law 101: Legal Guide for the Forensic Expert (2015)
- Population Genetics and Statistics for Forensic Analysts (2015)
- STR Data Analysis and Interpretation for Forensic Analysts (2015)
- Communication Skills, Report Writing, and Courtroom Testimony for Forensic Analysts (2015)
- Advanced and Emerging DNA Techniques and Technologies (2017)
- Non-STR DNA Markers: SNPs, Y-STRs, LCN and mtDNA (2017)
- Expert Testimony Training for the Prosecutor and Scientist (2018)

**National Institute of Justice (NIJ) Fingerprint Analysis Certificates:**

- Friction Ridge Impressions
- IPTES Series: Fingerprint Image Complexity
- ASCLD Webinar Series: Latent Print Archival
- A Guide to Latent Print Testimony
- Fingerprint Identification: Reliability and Accuracy

## RESEARCH COURSES AND CERTIFICATIONS:

- NIH Certification in Bioethics
- NIH Course in “Protection of Human Research Subjects”
- NIH Grant Preparation Workshop 1998 and 2003 (2)
- BCM Pediatrics Fellows Day Grant Writing Workshop 2000-2006 (7)
- Blood Borne Pathogens
- Radiation Safety
- HIPAA
- BCM Fraud, Waste and Abuse Training

## HONORS AND AWARDS:

- 2002 Keystone Symposia Scholarship
- Honorable Mention - National Science Foundation Fellowship
- Graduated *cum laude* - Texas A & M University

## PUBLIC SERVICE:

- Volunteer Science Fair Judge, Houston Independent School District (HISD)
- Volunteer Science Fair Judge, Channelview Independent School District (CISD)
- Volunteer for Science Demonstrations to 5th, 8th, and 10th grade, HISD
- *Discovery Lab*, Academic and Scientific Program Development, The Bobby R. Alford Department of Otorhinolaryngology and Communicative Sciences, Baylor College of Medicine, Houston, Texas 77030

## INVITED ORAL PRESENTATIONS:

- Viable phenotype but impaired leukocyte rolling and peritoneal emigration in triple selectin (E, L, and P) null mice. *Keystone Symposium on “Inflammatory Paradigms and the Vasculature”,* Feb. 23-28, 1999, Santa Fe, NM

- Chromosome engineering in mouse models of human disease. *Department of Physiology seminar, University of Virginia*, Charlottesville, VA, November 22, 1999.

## POSTER PRESENTATIONS:

1. Collins R., Jung U., Bullard D., Simon S., Hicks J., Smith C.W., Ley K., and Beaudet, A.L. Additional deletion of L-selectin rescues the pathologic dermal and pulmonary phenotype observed in E- and P-selectin deficient mice. Keystone Symposium on "Inflammatory Paradigms and the Vasculature", Feb. 23-28,1999, Santa Fe, NM

2. Manka DR, Collins R, Ley K, Beaudet AL, Sarembock IJ. Absence of P-Selectin but not ICAM-1 Markedly Attenuates Neointimal Growth after Arterial Injury in ApoE-Deficient Mice. 72nd Scientific Sessions, American Heart Association, Nov 7-10, 1999, Atlanta, GA

3. Dunne JL, Ballentyne CM, Collins RG, and Ley K. Role of $\beta_2$ integrins and ICAM-1 in cytokine-dependent adhesion. Biomedical Engineering Society Annual Conference, Oct. 4-7, 2001, Duke University, Rurham, NC

4. A. Saijo, J. Soltys, R.G. Collins, A.L. Beaudet, and C.M. Doerschuk. The role of Icam-1 and P- and E-selectins in murine alveolar macrophage and neutrophil recruitment into murine lungs after lethal irradiation and reconstitution of bone marrow. American Thoracic Society Annual Meeting, May 17-22, 2002, Atlanta, GA

5. I. Hashimoto, S.E. Richer, R.G. Collins, A.L. Beaudet, and C.M. Doerschuk. Icam-1 null mice have no defect in neutrophil recruitment induced by *E. coli* or *E. coli* lipopolysaccharide (LPS). American Thoracic Society Annual Meeting, May 17-22, 2002, Atlanta, GA

6. Robert G. Collins, Sarah E. Richer, Rebecca L. Robker, Claire M. Doerschuk, C. Wayne Smith, and Arthur L. Beaudet. ICAM-1 null mice phenotype differs from the previous ICAM-1 mutants. Keystone Symposium on "Molecular Mechanisms of Leukocyte Trafficking", April 9-14, 2002, Steamboat Springs, CO

## PEER REVIEWED PUBLICATIONS:

1. Whitsitt MS, Collins RG, and Mullet JE. Modulation of Dehydration Tolerance in Soybean Seedlings (Dehydrin Mat1 Is Induced by Dehydration but Not by Abscisic Acid). *Plant Physiology*. 1997 Jul; 114(3):917-925.

2. Collins RG, Velji R, Guevara NV, Hicks MJ, Chan L, and Beaudet AL. P-selectin or intercellular adhesion molecule (ICAM)-1 deficiency substantially protects against atherosclerosis in apolipoprotein E-deficient mice. *J Exp Med.* 2000 Jan 3; 191(1): 189-94.

3. Sweeney EA, Priestley GV, Nakamoto B, Collins RG, Beaudet AL, and Papayannopoulou T. Mobilization of stem/progenitor cells by sulfated polysaccharides does not require selectin presence. *Proc Natl Acad Sci USA.* 2000 Jun 6;97(12):6544-9.

4. Lawson JA, Burns AR, Farhood A, Lynn Bait M, Collins RG, Smith CW, and Jaeschke H. Pathophysiologic importance of E- and P-selectin for neutrophils-induced liver injury during endotoxemia in mice. *Hepatology.* 2000 Nov;32(5):990-8.

5. Manka D, Collins RG, Ley K, Beaudet AL, and Sarembock IJ. Absence of P-selectin, but not intercellular adhesion molecule-1, attenuates neointimal growth after arterial injury in apolipoprotein E-deficient mice. *Circulation.* 2001 Feb 20;103(7):1000-5.

6. Collins RG, Jung U, Ramirez M, Bullard DC, Hicks MJ, Smith CW, Ley K, and Beaudet AL. Dermal and pulmonary inflammatory disease in E- and P-selectin double-null mice is reduced in triple-selectin-null mice. *Blood.* 2001 Aug 1;98(3):727-35.

7. Li Y, Muruve DA, Collins RG, Lee SS, and Kubes P. The role of selectins and integrins in adenovirus vector-induced neutrophil recruitment to the liver. *Eur.J.Immunol.* Dec 2002 32:3443-3452.

8. Barlow SC, Collins RG, Schoeb TR, and Bullard DC. The Psoriasiform dermatitis susceptibility in Itgb2(tm1Bay) PL/J mice requires low-level CD18 expression and at least two additional loci for progression to severe disease. *Am J Pathol.* 2003 Jul;163(1):197-202.

9. Dunne JL, Collins RG, Beaudet AL, Ballantyne CM, and Ley K. Mac-1, but not LFA-1, uses intercellular adhesion molecule-1 to mediate slow leukocyte rolling in TNF-alpha-induced inflammation. *J.Immunol.* 2003 Dec. 171:6105-6111.

10. Robker RL, Collins RG, Beaudet AL, Merrsmann HJ, and Smith CW. Leukocyte migration in adipose tissue of mice null for ICAM-1 and Mac-1 adhesion receptors. *Obesity Res.* 2004 Jun 12:936-940.

11. Tcharmtchi MH, Arias WM, Collins RG, Robker RL, Smith CW, Beaudet AL, Rivera CA, Suarez G, and Reyes, V. Increased hepatic injury in ICAM-1 deficient mice exposed to *listeria monocytogenes*. *Critical Care Medicine* 2004 December 32(Supplement):A130.

12. Garcia-Palacios V, Chung HY, Choi JC, Sarmasik A, Kurihara N, Lee JW, Galson DL, Collins R, and Roodman GD. Eosinophil chemotactic factor-L (ECF-L) enhances osteoclast formation by increasing in osteoclast precursors expression of LFA-1 and ICAM-1. *Annals of the New York Academy of Sciences.* 2006 May 1068(1):240-3.

13. Bullard DC, Hu X, Schoeb TR, Collins RG, Beaudet AL, Barnum SR. Intercellular adhesion molecule-1 expression is required on multiple cell types for the development of experimental autoimmune encephalitis. *J Immunol*. 2007 Jan 15:178(2):851-7.

14. Garcia-Palacios V, Chung HY, Choi JC, Sarmasik A, Kurihara N, Lee JW, Galson DL, Collins R, and Roodman GD. Eosinophil chemotactic factor-L (ECF-L) enhances osteoclast formation by increasing in osteoclast precursors expression of LFA-1 and ICAM-1. *Bone*. 2007 March 40(2):316-22.