**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DIVISION OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ANTONIO ARMSTRONG JR.,** | **)(** | **Civil Action No. 4:23-cv-3003** |
| | **)(** | **(Jury Trial)** |
| ***Plaintiff,*** | **)(** | |
| | **)(** | |
| **V.** | **)(** | |
| | **)(** | |
| **CITY OF HOUSTON, TEXAS,** | **)(** | |
| | **)(** | |
| ***Defendant.*** | **)(** | |

## PLAINTIFF'S NOTICE OF DISMISSAL

**TO THE HONORABLE ANDREW S. HANEN:**

**NOW COMES** Plaintiff and files notice of dismissal without prejudice and will show the following:

## FACTS

Defendant City of Houston, the only defendant, has not answered the lawsuit nor filed a motion for summary judgment.

Plaintiff files this notice of dismissal pursuant to FRCP 41(a)(1)(A)(i).

## RULE 41 (a)(1)(A)(i)

Pursuant to RULE 41(a)(1)(A)(i) Plaintiff dismisses this lawsuit without prejudice.

> Rule 41. Dismissal of Actions
>
> (a) VOLUNTARY DISMISSAL.

(1) *By the Plaintiff.*

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;

Respectfully Submitted,

*/s/ Randall L. Kallinen*
Randall L. Kallinen
KALLINEN LAW PLLC
State Bar of Texas No. 00790995
Southern District of Texas Bar No.: 19417
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320.3785
FAX: 713/893.6737
Email: AttorneyKallinen@aol.com
Attorney for Plaintiff

Alexander C. Johnson
KALLINEN LAW PLLC
State Bar of Texas No. 24123583
511 Broadway Street
Houston, Texas 77012
Telephone: 573/340-3316
FAX: 713/893-6737
Email: alex@acj.legal

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been transmitted to all counsel appearing in this cause on this the 1st Day of December 2023, by filing with the ECF System of the United States District Court for the Southern District of Texas.

/s/ Randall L. Kallinen
Randall L. Kallinen