# Exhibit 2

Cause No. 154611101010

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | IN THE 178th DISTRICT COURT |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ARMSTRONG, ANTONIO JR | § | |

P2

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On 8/16/2023, the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction

**The undersigned attorney (check appropriate box):**

- [x] MOVES to withdraw
- [ ] ADVISES the court that he will CONTINUE to represent the defendant on appeal

Date 8/14/2023

Attorney (Signature)

ARMSTRONG, ANTONIO JR.
Defendant

FILED
Marilyn Burgess
District Clerk
AUG 16 2023
Time:______
Harris County, Texas
By______
Deputy

CARPENTER, JENNIFER LEE
Attorney
/Rick DeToto/
CHRIS COLLINGS

24027670
State Bar Number

907 S. FRIENDSWOOD DRIVE STE 202 169
Address

7132016767
Telephone Number

**The defendant (check all that apply):**

- [x] REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him
- [x] ASKS the Court to ORDER that a free record be provided to him
- [x] ASKS the court to set BAIL

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

Defendant (Signature)

ARMSTRONG, ANTONIO JR.
Defendant's name

SWORN TO AND SUBSCRIBED BEFORE ME ON 8/14/2023

By Deputy District Clerk of Harris County, Texas

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

For Official Governmental Use Only - Do Not Disseminate to the Public: 109875874 - Page 1 of 2

# ORDER

On 8/16/2023 the Court conducted a hearing and FINDS that defendant / appellant

- ☐ IS NOT indigent at this time
- ☒ IS indigent for the purpose of
  - ☒ employing counsel
  - ☐ paying for a clerk's and court reporter's record
  - ☒ employing counsel or paying for a clerk's and court reporter's record

The Court ORDERS that

- ☒ Counsel's motion to withdraw IS GRANTED.
- ☐ Counsel's motion to withdraw IS DENIED.
- ☐ Defendant / appellant's motion (to be found indigent) IS DENIED
- ☒ Defendant's / appellant's motion IS GRANTED and
  - ☒ Angela Cameron from the Public Defender's Office IS APPOINTED to represent defendant / appellant on appeal
  - ☒ The COURT REPORTER IS ORDERED to prepare and file the reporter's record without charge to defendant / appellant

BAIL IS

- ☐ SET at $ N/A (KJ)
- ☐ TO CONTINUE as presently set
- ☒ DENIED and IS SET at NO BOND (Felony Only)

DATE SIGNED 8/14/2023

JUDGE PRESIDING, KELLI JOHNSON
IN THE 178th DISTRICT COURT
HARRIS COUNTY, TEXAS

For Official Governmental Use Only - Do Not Disseminate to the Public: 109875874 - Page 2 of 2

I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this November 29, 2023

Certified Document Number: 109875874 Total Pages: 2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**