# Exhibit 4

B

THE STATE OF TEXAS
VS.
**ANTONIO ARMSTRONG JR.**
**5314 PALMETTO**
**HOUSTON, TX 77081**

SPN: **2899395**
DOB: [redacted]
DATE PREPARED: **4/3/2017**

D.A. LOG NUMBER: **2341900**
CJIS TRACKING NO.: **9265125985A001**
BY: DA NO: **1702373** AGENCY: **HARRIS COUNTY D. A.**
O/R NO: **096848716**
ARREST DATE:

NCIC CODE: **90114**

RELATED CASES:

FELONY CHARGE: **CAPITAL MURDER (MULTI MURDER)**
CAUSE NO: **1546111**
HARRIS COUNTY DISTRICT COURT NO: **178**
FIRST SETTING DATE: **4/17/2017**

BAIL: **$0**
PRIOR CAUSE NO:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **ANTONIO ARMSTRONG JR.**, hereafter styled the Defendant, heretofore on or about **July 29, 2016**, did then and there unlawfully, during the same criminal transaction, intentionally and knowingly cause the death of ANTONIO ARMSTRONG SR. BY SHOOTING HIM WITH A DEADLY WEAPON TO-WIT: A FIREARM, and intentionally and knowingly cause the death of DAWN ARMSTRONG BY SHOOTING HER WITH A DEADLY WEAPON TO-WIT: A FIREARM.

FILED
Chris Daniel
District Clerk
JUN 27 2017
Time: 1100
Harris County, Texas
By ________ Deputy

351st

Foreman

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Famela Porter

FOREMAN OF THE GRAND JURY

**INDICTMENT**

For Official Governmental Use Only - Do Not Disseminate to the Public: 75694986 - Page 1 of 1

I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this November 29, 2023

Certified Document Number: 75694986 Total Pages: 1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**