# Exhibit 6

# 154611101010 - The State of Texas vs. ARMSTRONG, ANTONIO JR. (Court 178)

Print All (non-financial)

## Summary +

## Appeals +

## Bonds +

## Activities +

## Bookings/Holds −

Click column headings to sort. Click again to toggle direction.

Print Bookings/Holds

| | | |
|---|---|---|
| 3/31/2017 12:00:00 AM | | |
| 3/31/2017 10:14:00 AM | HCTY | 3/31/2017 10:37:00 AM |

No records found.

## Criminal History +

## Witness +

## Parties +

## Restitu/Copies Fees +

## Settings +

## Court Registry +

## Related Cases +

## Aliases +

## Payment Plan +

## Images +