# Exhibit 7

# 154611101010 - The State of Texas vs. ARMSTRONG, ANTONIO JR. (Court 178)

Print All (non-financial)

## Summary +

## Appeals +

## Bonds +

## Activities −

Click column headings to sort. Click again to toggle direction.

Print Activities

| | | |
|---|---|---|
| 10/22/2023 | ORDER | MTN FILE UNDER SEALED GRANTED SNU: 912 11/08/23 |
| 10/22/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 11/08/23 |
| 10/22/2023 | ORDER | SEALED PAY EXPERT GRANTED SNU: 913 11/06/23 |
| 10/22/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 11/06/23 |
| 10/09/2023 | MOTIONS | FILE UNDER SEAL SNU: 899 10/09/23 |
| 10/09/2023 | MOTIONS | FILED CFI 178 10/09/23 |
| 10/09/2023 | MOTIONS | PAY EXPERT SNU: 898 10/09/23 |
| 10/09/2023 | MOTIONS | FILED CFI 178 10/09/23 |
| 09/14/2023 | MOTIONS | D/M NEW TRIAL SNU: 900 09/15/23 |
| 09/14/2023 | MOTIONS | FILED CFI 178 09/15/23 |
| 09/08/2023 | ORDER | SUBSTITUTE APPEAL COUNSEL GRAN SNU: 914 09/08/23 |
| 09/08/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 09/08/23 |
| 08/31/2023 | MOTIONS | SUBSTITUTE PDO SNU: 901 08/31/23 |
| 08/31/2023 | MOTIONS | FILED CFI 178 08/31/23 |
| 08/18/2023 | ORDER | REMOVE APP/SUBPOENAS UNDER CON SNU: 917 08/18/23 |
| 08/18/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 08/18/23 |
| 08/18/2023 | ORDER | FORMN NAME ON JRY CHRGE UNDR C SNU: 918 08/18/23 |
| 08/18/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 08/18/23 |
| 08/17/2023 | ORDER | PLACE JUROR QUESTIONS UNDER SL SNU: 920 08/17/23 |
| 08/17/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 08/17/23 |
| 08/17/2023 | ORDER | PLACE JURY STRIKE LISTS UNDER SNU: 921 08/17/23 |
| 08/17/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 08/17/23 |
| 08/16/2023 | C87AI | TIME 1616 AMOUNT BOND DENIED SNU: 998 08/16/23 |
| 08/16/2023 | NOT ACKNOWLEDGED BY SHERIFF | 08/16/23 |
| | EXPIRE DATE | TIME EXPIRE: SNU: 998 08/16/23 |

| | | |
|---|---|---|
| 08/16/2023 | ATTORNEY | CAMERON, ANGELA L. SNU: 999 08/17/23 |
| 08/16/2023 | ATTORNEY | DAA COURT 178 CFI 178 08/17/23 |
| 08/16/2023 | JUDGE | JOHNSON, KELLI DIANE PRESIDING 08/17/23 |
| 08/16/2023 | C87 ACTIVITY | BOND SET STATUS J CFI 178 SNU: 997 08/16/23 |
| 08/16/2023 | C87 TYPE OF BOND | SURETY APPEAL FOR BOND DENIED 08/16/23 |
| 08/16/2023 | SENTENCED IN | COURT 178 STARTING 08/16/23 SNU: 996 08/21/23 |
| 08/16/2023 | MOTIONS | WTHDRW TRIAL ATTRNYS SNU: 903 08/16/23 |
| 08/16/2023 | MOTIONS | FILED CFI 178 08/16/23 |
| 08/16/2023 | MOTIONS | NOTICE OF APPEAL SNU: 902 08/16/23 |
| 08/16/2023 | MOTIONS | FILED CFI 178 08/16/23 |
| 08/16/2023 | ORDER | JURY VERDICT RENDERED SNU: 915 08/21/23 |
| 08/16/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 08/21/23 |
| 08/16/2023 | ORDER | WITHDRAW TRIAL ATTORNEY GRANTE SNU: 916 08/21/23 |
| 08/16/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 08/21/23 |
| 08/16/2023 | ORDER | PREP STMNT FREE RECORD GRANTED SNU: 919 08/18/23 |
| 08/16/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 08/18/23 |
| 08/16/2023 | ORDER | NOTICE OF APPEAL GRANTED SNU: 922 08/16/23 |
| 08/16/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 08/16/23 |
| 08/16/2023 | ORDER | TRIAL COURT CERTIFICATION SNU: 923 08/16/23 |
| 08/16/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 08/16/23 |
| 08/16/2023 | ORDER | LIFE WITH PAROLE SNU: 924 08/16/23 |
| 08/16/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 08/16/23 |
| 08/16/2023 | DELIVERY ORDER | RETURNED EXECUTED 09/19/23 SNU: 999 09/20/23 |
| 08/16/2023 | JUDGMENT | CONVICTION SNU: 996 08/21/23 |
| 08/16/2023 | JUDGMENT | NOT GUILTY PLEA - JURY VERDICT 08/21/23 |
| 08/16/2023 | JUDG OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 08/21/23 |
| 08/16/2023 | PENALTY | LIFE SENTENCE 08/21/23 |
| 08/16/2023 | JUDGMENT | JURY EXAMINED ON VOIR DIRE SNU: 996 08/21/23 |
| 08/16/2023 | JUDGMENT | JURY SWORN SNU: 996 08/21/23 |
| 08/16/2023 | JUDGMENT | EVIDENCE PRESENTED SNU: 996 08/21/23 |
| 08/16/2023 | JUDGMENT | JURY VERDICT RENDERED SNU: 996 08/21/23 |
| 08/15/2023 | ORDER | JURY SEQUESTER SNU: 925 08/15/23 |
| 08/15/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 08/15/23 |

| | | |
|---|---|---|
| 08/14/2023 | ORDER | AMENDED MEDIA COVEAGE IMPOSE R SNU: 926 08/14/23 |
| 08/14/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 08/14/23 |
| 07/31/2023 | MOTIONS | S/M IN LIMINE SNU: 904 07/31/23 |
| 07/31/2023 | MOTIONS | FILED CFI 178 07/31/23 |
| 07/31/2023 | ORDER | EVIDENCE PRESENTED SNU: 927 08/14/23 |
| 07/31/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 08/14/23 |
| 07/31/2023 | ORDER | JURY SWORN SNU: 928 08/14/23 |
| 07/31/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 08/14/23 |
| 07/31/2023 | ORDER | S/M AGREED IN LIMINE GRANTED SNU: 931 07/31/23 |
| 07/31/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 07/31/23 |
| 07/25/2023 | ORDER | PLACE APP/SUB UNDER CONFIDENTI SNU: 932 07/25/23 |
| 07/25/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 07/25/23 |
| 07/20/2023 | ORDER | PLACE APP/SUB UNDER CONFIDENTI SNU: 933 07/20/23 |
| 07/20/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 07/20/23 |
| 06/15/2023 | ORDER | PLACE DEF SUB UNDER CONFIDENTI SNU: 934 06/15/23 |
| 06/15/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 06/15/23 |
| 06/14/2023 | MOTIONS | MTNS FILE UNDER SLD SNU: 911 06/14/23 |
| 06/14/2023 | MOTIONS | FILED CFI 178 06/14/23 |
| 06/14/2023 | MOTIONS | SLD MTN INSPECT EVID SNU: 910 06/14/23 |
| 06/14/2023 | MOTIONS | FILED CFI 178 06/14/23 |
| 06/14/2023 | MOTIONS | SLD MTN INSPECT EVID SNU: 909 06/14/23 |
| 06/14/2023 | MOTIONS | FILED CFI 178 06/14/23 |
| 06/14/2023 | MOTIONS | MTNS FILE UNDER SLD SNU: 908 06/14/23 |
| 06/14/2023 | MOTIONS | FILED CFI 178 06/14/23 |
| 06/14/2023 | MOTIONS | MTNS FILE UNDER SLD SNU: 907 06/14/23 |
| 06/14/2023 | MOTIONS | FILED CFI 178 06/14/23 |
| 06/14/2023 | MOTIONS | SLD ADD FUNDS EXPERT SNU: 906 06/14/23 |
| 06/14/2023 | MOTIONS | FILED CFI 178 06/14/23 |
| 06/14/2023 | MOTIONS | SLD ADD FUNDS EXPERT SNU: 905 06/14/23 |
| 06/14/2023 | MOTIONS | FILED CFI 178 06/14/23 |
| 06/14/2023 | ORDER | SLD MTN ADDITIONAL FUNDS EXPER SNU: 935 06/14/23 |
| 06/14/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 06/14/23 |
| 06/14/2023 | ORDER | SLD MTN ADDITIONAL FUNDS EXPER SNU: 936 06/14/23 |

| | | |
|---|---|---|
| 06/14/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 06/14/23 |
| 06/14/2023 | ORDER | MTNS TO FILE UNDER SEALED GRAN SNU: 937 06/14/23 |
| 06/14/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 06/14/23 |
| 06/14/2023 | ORDER | MTNS TO FILE UNDER SEALED GRAN SNU: 938 06/14/23 |
| 06/14/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 06/14/23 |
| 06/14/2023 | ORDER | SEALED MTN INSPECT EVIDENCE GR SNU: 939 06/14/23 |
| 06/14/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 06/14/23 |
| 06/14/2023 | ORDER | SEALED MTN INSPECT EVIDENCE GR SNU: 940 06/14/23 |
| 06/14/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 06/14/23 |
| 06/14/2023 | ORDER | MTNS TO FILE UNDER SEALED GRAN SNU: 941 06/14/23 |
| 06/14/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 06/14/23 |
| 06/08/2023 | ORDER | SEALED EXPARTE FUNDS ASSISTANC SNU: 945 06/08/23 |
| 06/08/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 06/08/23 |
| 06/07/2023 | ORDER | AMENDED MEDIA COVEAGE IMPOSE R SNU: 947 06/07/23 |
| 06/07/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 06/07/23 |
| 06/06/2023 | ORDER | SEALED FUNDS EXPERT ASSISTANCE SNU: 946 06/08/23 |
| 06/06/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 06/08/23 |
| 06/06/2023 | ORDER | SEALED APPLICATION FOR COURT O SNU: 948 06/06/23 |
| 06/06/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 06/06/23 |
| 06/06/2023 | ORDER | SEALED APPLICATION FOR COURT O SNU: 949 06/06/23 |
| 06/06/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 06/06/23 |
| 06/05/2023 | MOTIONS | EXPARTE FUNDS EXPERT SNU: 912 06/08/23 |
| 06/05/2023 | MOTIONS | FILED CFI 178 06/08/23 |
| 06/01/2023 | MOTIONS | S/M PRETRIAL LIMINE SNU: 913 06/01/23 |
| 06/01/2023 | MOTIONS | FILED CFI 178 06/01/23 |
| 05/31/2023 | ORDER | SEAL JUROR QUESTIONNAIRES PANE SNU: 942 06/14/23 |
| 05/31/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 06/14/23 |
| 05/31/2023 | ORDER | SEAL JUROR QUESTIONNAIRES PANE SNU: 943 06/14/23 |
| 05/31/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 06/14/23 |
| 05/31/2023 | ORDER | SEAL JUROR QUESTIONNAIRES PANE SNU: 944 06/14/23 |
| 05/31/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 06/14/23 |
| 05/16/2023 | ORDER | JURY EXAMINED ON VOIR DIRE SNU: 929 08/14/23 |
| 05/16/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 08/14/23 |

| | | |
|---|---|---|
| 05/09/2023 | ORDER | JURY EXAMINED ON VOIR DIRE SNU: 930 08/14/23 |
| 05/09/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 08/14/23 |
| 05/01/2023 | MOTIONS | S/M FIRST IN LIMINE SNU: 915 05/01/23 |
| 05/01/2023 | MOTIONS | FILED CFI 178 05/01/23 |
| 05/01/2023 | MOTIONS | ST/F MOTION INLIMINE SNU: 914 05/01/23 |
| 05/01/2023 | MOTIONS | FILED CFI 178 05/01/23 |
| 05/01/2023 | ORDER | S/M FOR CONTINUANCE DENIED SNU: 950 05/01/23 |
| 05/01/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 05/01/23 |
| 05/01/2023 | ORDER | APPOINT INVESTIGATOR GRANTED SNU: 951 05/01/23 |
| 05/01/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 05/01/23 |
| 05/01/2023 | ORDER | S/M TO CORRECT FALSE ALLEGATIO SNU: 952 05/01/23 |
| 05/01/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 05/01/23 |
| 05/01/2023 | ORDER | D/M FOR CONTINUANCE DENIED SNU: 953 05/01/23 |
| 05/01/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 05/01/23 |
| 04/28/2023 | MOTIONS | S/M FALSE ALLEGATION SNU: 919 04/28/23 |
| 04/28/2023 | MOTIONS | FILED CFI 178 04/28/23 |
| 04/28/2023 | MOTIONS | S/M FOR CONTINUANCE SNU: 918 04/28/23 |
| 04/28/2023 | MOTIONS | FILED CFI 178 04/28/23 |
| 04/28/2023 | MOTIONS | D/M FUNDS FOR EXPERT SNU: 917 04/28/23 |
| 04/28/2023 | MOTIONS | FILED CFI 178 04/28/23 |
| 04/28/2023 | MOTIONS | D/M REGARDING HEARIN SNU: 916 04/28/23 |
| 04/28/2023 | MOTIONS | FILED CFI 178 04/28/23 |
| 04/27/2023 | MOTIONS | D/M FOR CONTINUANCE SNU: 920 04/28/23 |
| 04/27/2023 | MOTIONS | FILED CFI 178 04/28/23 |
| 03/22/2023 | MOTIONS | B/C VIOLATION REPORT SNU: 921 03/22/23 |
| 03/22/2023 | MOTIONS | FILED CFI 178 03/22/23 |
| 03/22/2023 | ORDER | BND COND VIOL CONTINUE SUPERVI SNU: 954 03/22/23 |
| 03/22/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 03/22/23 |
| 01/30/2023 | MOTIONS | S/M INDIVI VOIR DIRE SNU: 922 01/30/23 |
| 01/30/2023 | MOTIONS | DENIED CFI 178 01/30/23 |
| 01/30/2023 | ORDER | STATE & DEFENSE AGREED TO REMA SNU: 955 01/30/23 |
| 01/30/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 01/30/23 |
| 01/30/2023 | ORDER | CRT GRANTS S/M FOR INDIVIDUAL SNU: 956 01/30/23 |

| | | |
|---|---|---|
| 01/30/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 01/30/23 |
| 01/27/2023 | MOTIONS | D/M OBJECT TRAN VENU SNU: 923 01/27/23 |
| 01/27/2023 | MOTIONS | FILED CFI 178 01/27/23 |
| 01/18/2023 | ORDER | CRTS OWN MTN TO CHANGE OF VENU SNU: 957 01/18/23 |
| 01/18/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 01/18/23 |
| 01/18/2023 | ORDER | PUBLICITY SNU: 958 01/18/23 |
| 01/18/2023 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 01/18/23 |
| 11/03/2022 | ORDER | FUNDS JURY TRAVEL ACCOMODAT GR SNU: 959 11/04/22 |
| 11/03/2022 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 11/04/22 |
| 10/26/2022 | JUDGMENT | JURY EXAMINED ON VOIR DIRE SNU: 997 10/27/22 |
| 10/26/2022 | JUDGMENT | JURY SWORN SNU: 997 10/27/22 |
| 10/26/2022 | JUDGMENT | EVIDENCE PRESENTED SNU: 997 10/27/22 |
| 10/26/2022 | JUDGMENT | JURY DISCHARGED - HUNG JURY SNU: 997 10/27/22 |
| 10/13/2022 | ORDER | JURY SWORN SNU: 961 10/13/22 |
| 10/13/2022 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 10/13/22 |
| 10/11/2022 | MOTIONS | MTN FOR COMM SUPERV SNU: 925 10/11/22 |
| 10/11/2022 | MOTIONS | FILED CFI 178 10/11/22 |
| 10/11/2022 | MOTIONS | D/M ELECTION TO JURY SNU: 924 10/11/22 |
| 10/11/2022 | MOTIONS | FILED CFI 178 10/11/22 |
| 10/11/2022 | ORDER | EVIDENCE PRESENTED SNU: 960 10/13/22 |
| 10/11/2022 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 10/13/22 |
| 10/11/2022 | ORDER | JURY EXAMINED ON VOIR DIRE SNU: 962 10/13/22 |
| 10/11/2022 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 10/13/22 |
| 10/07/2022 | MOTIONS | D/M IN LIMINE SNU: 926 10/07/22 |
| 10/07/2022 | MOTIONS | FILED CFI 178 10/07/22 |
| 09/29/2022 | ORDER | AMENED IMPOSING RULES FOR MEDI SNU: 963 09/29/22 |
| 09/29/2022 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 09/29/22 |
| 09/26/2022 | ORDER | IMPOSING RULES FOR MEDIA SNU: 964 09/26/22 |
| 09/26/2022 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 09/26/22 |
| 03/08/2022 | ORDER | 4TH AMEND CSCD PRETRIAL SUPV O SNU: 965 03/08/22 |
| 03/08/2022 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 03/08/22 |
| 02/22/2022 | ORDER | 3RD AMEND CSCD PRETRIAL SUPV O SNU: 966 03/08/22 |
| 02/22/2022 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 03/08/22 |

| | | |
|---|---|---|
| 02/02/2022 | MOTIONS | S/M FOR CONTINUANCE SNU: 927 02/02/22 |
| 02/02/2022 | MOTIONS | FILED CFI 178 02/02/22 |
| 02/02/2022 | ORDER | S/M FOR CONTINUANCE GRANTED SNU: 967 02/02/22 |
| 02/02/2022 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 02/02/22 |
| 11/12/2021 | ORDER | D/M COMPEL PEARLAND PSYCHIATRY SNU: 968 11/12/21 |
| 11/12/2021 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 11/12/21 |
| 11/12/2021 | ORDER | D/M COMPEL MENNINGER GRANTED SNU: 969 11/12/21 |
| 11/12/2021 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 11/12/21 |
| 11/12/2021 | ORDER | D/M COMPEL BAYLOR GRANTED SNU: 970 11/12/21 |
| 11/12/2021 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 11/12/21 |
| 11/12/2021 | ORDER | D/M COMPEL BEN TAUB GRANTED SNU: 971 11/12/21 |
| 11/12/2021 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 11/12/21 |
| 10/08/2021 | MOTIONS | SLD APP DISC RECORDS SNU: 928 10/11/21 |
| 10/08/2021 | MOTIONS | FILED CFI 178 10/11/21 |
| 10/08/2021 | ORDER | SEALED DISCLOSE RECORDS SUBPOE SNU: 972 10/11/21 |
| 10/08/2021 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 10/11/21 |
| 10/08/2021 | ORDER | SEALED GRANTING DISCLOSU SNU: 973 10/08/21 |
| 10/08/2021 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 10/08/21 |
| 09/22/2021 | ORDER | S/M SHOW CAUSE HEARING VIOL GR SNU: 974 09/29/21 |
| 09/22/2021 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 09/29/21 |
| 09/21/2021 | MOTIONS | S/M AMEND SHOW CAUSE SNU: 929 09/22/21 |
| 09/21/2021 | MOTIONS | FILED CFI 178 09/22/21 |
| 09/10/2021 | ORDER | S/R IN CAMERA PROCTECTIVE ORDE SNU: 975 09/10/21 |
| 09/10/2021 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 09/10/21 |
| 09/10/2021 | ORDER | S/R IN CAMERA PROCTECTIVE ORDE SNU: 976 09/10/21 |
| 09/10/2021 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 09/10/21 |
| 09/10/2021 | ORDER | 2ND AMEND CSCD PRETRIAL SUPV O SNU: 977 03/08/22 |
| 09/10/2021 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 03/08/22 |
| 09/09/2021 | MOTIONS | S/M QUASH SUBPOENA SNU: 930 09/09/21 |
| 09/09/2021 | MOTIONS | FILED CFI 178 09/09/21 |
| 09/09/2021 | ORDER | PROTECTIVE ST GRANT SNU: 978 09/09/21 |
| 09/09/2021 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 09/09/21 |
| 09/09/2021 | ORDER | PROTECTIVE ST GRANT SNU: 979 09/09/21 |

| | | |
|---|---|---|
| 09/09/2021 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 09/09/21 |
| 09/07/2021 | MOTIONS | S/M IN LIMINE SNU: 936 09/08/21 |
| 09/07/2021 | MOTIONS | FILED CFI 178 09/08/21 |
| 09/07/2021 | MOTIONS | S/M PROTECTIVE ORDER SNU: 935 09/08/21 |
| 09/07/2021 | MOTIONS | FILED CFI 178 09/08/21 |
| 09/07/2021 | MOTIONS | S/M PROTECTIVE ORDER SNU: 934 09/08/21 |
| 09/07/2021 | MOTIONS | FILED CFI 178 09/08/21 |
| 09/07/2021 | MOTIONS | S/M IN LIMINE CONFID SNU: 933 09/08/21 |
| 09/07/2021 | MOTIONS | FILED CFI 178 09/08/21 |
| 09/07/2021 | MOTIONS | S/R IN CAMERA PROTEC SNU: 932 09/08/21 |
| 09/07/2021 | MOTIONS | FILED CFI 178 09/08/21 |
| 09/07/2021 | MOTIONS | S/R IN CAMERA PROTEC SNU: 931 09/08/21 |
| 09/07/2021 | MOTIONS | FILED CFI 178 09/08/21 |
| 08/28/2021 | ORDER | STATES SECOND MTN DISCLOSE EXP SNU: 980 08/30/21 |
| 08/28/2021 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 08/30/21 |
| 08/27/2021 | MOTIONS | S/M SECOND EXPERT WI SNU: 937 08/27/21 |
| 08/27/2021 | MOTIONS | FILED CFI 178 08/27/21 |
| 08/17/2021 | MOTIONS | S/M RECON RUL 702 SNU: 938 08/17/21 |
| 08/17/2021 | MOTIONS | FILED CFI 178 08/17/21 |
| 02/11/2021 | MOTIONS | S/M CLAF SCOP HRING SNU: 939 02/11/21 |
| 02/11/2021 | MOTIONS | FILED CFI 178 02/11/21 |
| 02/09/2021 | ORDER | S/M IN CAMERA REVIEW GRANTED SNU: 981 02/09/21 |
| 02/09/2021 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 02/09/21 |
| 11/12/2020 | MOTIONS | S/M IN CAMERA REVIEW SNU: 940 02/09/21 |
| 11/12/2020 | MOTIONS | FILED CFI 178 02/09/21 |
| 03/11/2020 | ORDER | S/M THIRD LIMINE GRANTED SNU: 982 03/11/20 |
| 03/11/2020 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 03/11/20 |
| 03/05/2020 | MOTIONS | AMENDED ADMIS EVIDEN SNU: 942 03/05/20 |
| 03/05/2020 | MOTIONS | FILED CFI 178 03/05/20 |
| 03/05/2020 | MOTIONS | AMEND RESP STAT MEMO SNU: 941 03/06/20 |
| 03/05/2020 | MOTIONS | FILED CFI 178 03/06/20 |
| 03/02/2020 | MOTIONS | S/M THIRD LIMINE SNU: 943 03/02/20 |
| 03/02/2020 | MOTIONS | FILED CFI 178 03/02/20 |

| | | |
|---|---|---|
| 02/26/2020 | MOTIONS | S/M THIRD LIMINE SNU: 944 02/27/20 |
| 02/26/2020 | MOTIONS | FILED CFI 178 02/27/20 |
| 02/18/2020 | ORDER | BALLISTIC TESTING GRANTED SNU: 983 02/18/20 |
| 02/18/2020 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 02/18/20 |
| 02/11/2020 | MOTIONS | BALLISTIC TESTING SNU: 945 02/11/20 |
| 02/11/2020 | MOTIONS | FILED CFI 178 02/11/20 |
| 02/04/2020 | ORDER | S/M SEC MED REC GRANTED SNU: 984 02/04/20 |
| 02/04/2020 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 02/04/20 |
| 02/03/2020 | MOTIONS | S/M SECOND MED RECOR SNU: 946 02/03/20 |
| 02/03/2020 | MOTIONS | FILED CFI 178 02/03/20 |
| 02/03/2020 | ORDER | CSCD PRETRIAL SUPV SNU: 985 03/08/22 |
| 02/03/2020 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 03/08/22 |
| 01/06/2020 | MOTIONS | MOTION TO SEAL SNU: 952 01/07/20 |
| 01/06/2020 | MOTIONS | FILED CFI 178 01/07/20 |
| 01/06/2020 | MOTIONS | SEALED COMP RECORDS SNU: 951 01/07/20 |
| 01/06/2020 | MOTIONS | FILED CFI 178 01/07/20 |
| 01/06/2020 | MOTIONS | SEALD COMP RECORDS SNU: 950 01/07/20 |
| 01/06/2020 | MOTIONS | FILED CFI 178 01/07/20 |
| 01/06/2020 | MOTIONS | SEALED COMP RECORDS SNU: 949 01/07/20 |
| 01/06/2020 | MOTIONS | FILED CFI 178 01/07/20 |
| 01/06/2020 | MOTIONS | SEALED COMP RECORDS SNU: 948 01/07/20 |
| 01/06/2020 | MOTIONS | FILED CFI 178 01/07/20 |
| 01/06/2020 | MOTIONS | SEALED COMP RECORDS SNU: 947 01/07/20 |
| 01/06/2020 | MOTIONS | FILED CFI 178 01/07/20 |
| 01/02/2020 | MOTIONS | SEAL SUPP LOST EVIDE SNU: 954 01/02/20 |
| 01/02/2020 | MOTIONS | FILED CFI 178 01/02/20 |
| 01/02/2020 | MOTIONS | SEAL SUPPRESS EVIDE SNU: 953 01/02/20 |
| 01/02/2020 | MOTIONS | FILED CFI 178 01/02/20 |
| 12/10/2019 | MOTIONS | QUASH SUBPOENA SNU: 955 12/10/19 |
| 12/10/2019 | MOTIONS | FILED CFI 178 12/10/19 |
| 12/06/2019 | MOTIONS | MTN INSP EVID PER PH SNU: 960 12/06/19 |
| 12/06/2019 | MOTIONS | OTHER CFI 178 12/06/19 |
| 12/06/2019 | MOTIONS | MTN SUP DEF CELL REC SNU: 959 12/06/19 |

| | | |
|---|---|---|
| 12/06/2019 | MOTIONS | FILED CFI 178 12/06/19 |
| 12/06/2019 | MOTIONS | MTN SUP DEF CEL REC SNU: 958 12/06/19 |
| 12/06/2019 | MOTIONS | FILED CFI 178 12/06/19 |
| 12/06/2019 | MOTIONS | MTN INSP EVID PER PH SNU: 957 12/06/19 |
| 12/06/2019 | MOTIONS | FILED CFI 178 12/06/19 |
| 12/06/2019 | MOTIONS | MTN SUPP DEF CEL PH SNU: 956 12/06/19 |
| 12/06/2019 | MOTIONS | FILED CFI 178 12/06/19 |
| 06/18/2019 | C87 ACTIVITY | BOND SET STATUS N CFI 178 SNU: 998 06/18/19 |
| 05/07/2019 | ORDER | RETURN STATE EXHIBIT GRANTD SNU: 986 05/07/19 |
| 05/07/2019 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 05/07/19 |
| 04/26/2019 | JUDGMENT | JURY EXAMINED ON VOIR DIRE SNU: 999 05/01/19 |
| 04/26/2019 | JUDGMENT | JURY SWORN SNU: 999 05/01/19 |
| 04/26/2019 | JUDGMENT | EVIDENCE PRESENTED SNU: 999 05/01/19 |
| 04/26/2019 | JUDGMENT | JURY DISCHARGED - HUNG JURY SNU: 999 05/01/19 |
| 04/15/2019 | ORDER | TO COMPEL DISC MED REC GRNT SNU: 987 04/15/19 |
| 04/15/2019 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 04/15/19 |
| 04/14/2019 | MOTIONS | TO COMPEL DISC MED SNU: 961 04/15/19 |
| 04/14/2019 | MOTIONS | FILED CFI 178 04/15/19 |
| 04/04/2019 | MOTIONS | COMPEL DISCLOSED REC SNU: 962 04/04/19 |
| 04/04/2019 | MOTIONS | FILED CFI 178 04/04/19 |
| 04/04/2019 | ORDER | TO DISC MED REC GRANTED SNU: 988 04/04/19 |
| 04/04/2019 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 04/04/19 |
| 03/28/2019 | ORDER | RULES FOR MEDIA COV GRANTED SNU: 989 03/29/19 |
| 03/28/2019 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 03/29/19 |
| 03/27/2019 | ORDER | TO QUASH SUPP SET AD GRNTED SNU: 990 03/27/19 |
| 03/27/2019 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 03/27/19 |
| 03/27/2019 | ORDER | QUASH SUBPOENA GRANTED SNU: 991 03/27/19 |
| 03/27/2019 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 03/27/19 |
| 03/26/2019 | MOTIONS | STATE LIMINE SNU: 963 03/27/19 |
| 03/26/2019 | MOTIONS | FILED CFI 178 03/27/19 |
| 03/26/2019 | MOTIONS | STATE LIMINE SNU: 964 03/27/19 |
| 03/26/2019 | MOTIONS | FILED CFI 178 03/27/19 |
| 03/26/2019 | MOTIONS | SECOND LIMINE SNU: 965 03/27/19 |

| | | |
|---|---|---|
| 03/26/2019 | MOTIONS | FILED CFI 178 03/27/19 |
| 03/19/2019 | MOTIONS | LIMINE SNU: 966 03/19/19 |
| 03/19/2019 | MOTIONS | FILED CFI 178 03/19/19 |
| 03/19/2019 | MOTIONS | SUPPRESS ORAL STATEM SNU: 967 03/19/19 |
| 03/19/2019 | MOTIONS | FILED CFI 178 03/19/19 |
| 03/12/2019 | MOTIONS | QUASH SUBPOENA SNU: 968 03/12/19 |
| 03/12/2019 | MOTIONS | FILED CFI 178 03/12/19 |
| 03/11/2019 | MOTIONS | ST8 IN LIMINE SNU: 969 03/11/19 |
| 03/11/2019 | MOTIONS | FILED CFI 178 03/11/19 |
| 02/19/2019 | MOTIONS | TO QUASH SUPP SET AD SNU: 970 02/21/19 |
| 02/19/2019 | MOTIONS | FILED CFI 178 02/21/19 |
| 09/10/2018 | ORDER | TO DISC CRIMINAL HIS GRNTED SNU: 992 09/11/18 |
| 09/10/2018 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 09/11/18 |
| 08/21/2018 | MOTIONS | SUPP M.TO DISM SNU: 971 08/21/18 |
| 08/21/2018 | MOTIONS | FILED CFI 178 08/21/18 |
| 08/17/2018 | MOTIONS | ABATE EVID HRG SNU: 972 08/20/18 |
| 08/17/2018 | MOTIONS | FILED CFI 178 08/20/18 |
| 07/24/2018 | MOTIONS | TO DISM FOR BRADY VI SNU: 973 07/24/18 |
| 07/24/2018 | MOTIONS | FILED CFI 178 07/24/18 |
| 04/30/2018 | MOTIONS | TO PRO ST8 FROM MEN SNU: 974 05/01/18 |
| 04/30/2018 | MOTIONS | FILED CFI 178 05/01/18 |
| 04/30/2018 | MOTIONS | FOR PROD OF WITN ST SNU: 975 05/01/18 |
| 04/30/2018 | MOTIONS | FILED CFI 178 05/01/18 |
| 04/30/2018 | MOTIONS | TO PRO ST8 WRT STAT SNU: 976 05/01/18 |
| 04/30/2018 | MOTIONS | FILED CFI 178 05/01/18 |
| 04/30/2018 | MOTIONS | FOR DISC OF PUN EVID SNU: 977 05/01/18 |
| 04/30/2018 | MOTIONS | FILED CFI 178 05/01/18 |
| 04/30/2018 | MOTIONS | TO LIST WITNESSES SNU: 978 05/01/18 |
| 04/30/2018 | MOTIONS | FILED CFI 178 05/01/18 |
| 04/30/2018 | MOTIONS | FOR INFO BIAS ST8 SNU: 979 05/01/18 |
| 04/30/2018 | MOTIONS | FILED CFI 178 05/01/18 |
| 04/30/2018 | MOTIONS | FOR DISC AND INSP SNU: 980 05/01/18 |
| 04/30/2018 | MOTIONS | FILED CFI 178 05/01/18 |

| | | |
|---|---|---|
| 04/30/2018 | MOTIONS | FOR PROD OF EVIDEN SNU: 981 05/01/18 |
| 04/30/2018 | MOTIONS | FILED CFI 178 05/01/18 |
| 04/30/2018 | MOTIONS | TO DIR CRT REP TO TR SNU: 982 05/01/18 |
| 04/30/2018 | MOTIONS | FILED CFI 178 05/01/18 |
| 04/26/2018 | ORDER | TO COMPEL DIS MED REC GRNT SNU: 993 04/26/18 |
| 04/26/2018 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 04/26/18 |
| 04/26/2018 | ORDER | PROTECTIVE ST GRANT SNU: 994 04/26/18 |
| 04/26/2018 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 04/26/18 |
| 04/25/2018 | MOTIONS | DEF NOTICE OF EX WTN SNU: 983 04/26/18 |
| 04/25/2018 | MOTIONS | FILED CFI 178 04/26/18 |
| 04/25/2018 | MOTIONS | TO COMPEL DISC SNU: 984 04/26/18 |
| 04/25/2018 | MOTIONS | FILED CFI 178 04/26/18 |
| 04/24/2018 | ORDER | PROTECTIVE ST GRANT SNU: 995 04/24/18 |
| 04/24/2018 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 04/24/18 |
| 04/18/2018 | MOTIONS | ST8 M.FOR PRO SNU: 985 04/18/18 |
| 04/18/2018 | MOTIONS | FILED CFI 178 04/18/18 |
| 04/18/2018 | MOTIONS | TO DISC EXPERTS SNU: 986 04/18/18 |
| 04/18/2018 | MOTIONS | FILED CFI 178 04/18/18 |
| 02/27/2018 | ORDER | PROTECTIVE ST GRANT SNU: 996 02/27/18 |
| 02/27/2018 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 02/27/18 |
| 02/05/2018 | MOTIONS | AGREED CONTINUANCE SNU: 987 02/06/18 |
| 02/05/2018 | MOTIONS | FILED CFI 178 02/06/18 |
| 10/12/2017 | MOTIONS | DIRCT CRT REPRT SNU: 988 10/12/17 |
| 10/12/2017 | MOTIONS | FILED CFI 178 10/12/17 |
| 10/12/2017 | MOTIONS | PROD OF EVID ACCUSED SNU: 989 10/12/17 |
| 10/12/2017 | MOTIONS | FILED CFI 178 10/12/17 |
| 10/12/2017 | MOTIONS | DISC AND INSEPCTION SNU: 990 10/12/17 |
| 10/12/2017 | MOTIONS | FILED CFI 178 10/12/17 |
| 10/12/2017 | MOTIONS | INFO REG BIAS WITNES SNU: 991 10/12/17 |
| 10/12/2017 | MOTIONS | FILED CFI 178 10/12/17 |
| 10/12/2017 | MOTIONS | LIST WITNESSES SNU: 992 10/12/17 |
| 10/12/2017 | MOTIONS | FILED CFI 178 10/12/17 |
| 10/12/2017 | MOTIONS | DISC PUNISH EVID SNU: 993 10/12/17 |

| | | |
|---|---|---|
| 10/12/2017 | MOTIONS | FILED CFI 178 10/12/17 |
| 10/12/2017 | MOTIONS | PROHIBT STATE OFFENG SNU: 994 10/12/17 |
| 10/12/2017 | MOTIONS | FILED CFI 178 10/12/17 |
| 10/12/2017 | MOTIONS | PROD WITNES STMT SNU: 995 10/12/17 |
| 10/12/2017 | MOTIONS | FILED CFI 178 10/12/17 |
| 10/12/2017 | MOTIONS | PROHIBT STAT EXTRAN SNU: 996 10/12/17 |
| 10/12/2017 | MOTIONS | FILED CFI 178 10/12/17 |
| 10/12/2017 | MOTIONS | INDEPDT EXAM EVID SNU: 997 10/12/17 |
| 10/12/2017 | MOTIONS | FILED CFI 178 10/12/17 |
| 10/12/2017 | MOTIONS | TO INSPECT EVID SNU: 998 10/12/17 |
| 10/12/2017 | MOTIONS | FILED CFI 178 10/12/17 |
| 10/12/2017 | ORDER | INDEPDT EXAM EVID GRANTED SNU: 997 10/12/17 |
| 10/12/2017 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 10/12/17 |
| 10/12/2017 | ORDER | TO INSPECT EVID GRANTED SNU: 998 10/12/17 |
| 10/12/2017 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 10/12/17 |
| 06/27/2017 | GRAND JURY ACTION | FID 06/27/17 G351 SNU: 999 06/27/17 |
| 06/27/2017 | GRAND JURY ACTION ROTATION CRT 178 | OFF FREQ C BND $200000 06/27/17 |
| 06/27/2017 | GRAND JURY ACTION | OFFENSE CAPITAL MURDER (MULTI MU LEVEL FC 06/27/17 |
| 06/27/2017 | ORI | HARRIS COUNTY D. A. OFFENSE NO: 096848716 JC 06/27/17 |
| 04/13/2017 | BOND FILED | CRT 178 TIME 0521 TYPE SURETY 08/21/23 |
| 04/13/2017 | BOND MADE | AMT $200000 DATE 04/12/17 RCPT# 08/21/23 |
| 04/13/2017 | BONDSMAN | IFIC-GRANDMAISON, JUDY ANN 08/21/23 |
| 04/13/2017 | ORDER | CSCD PRETRIAL SUPV SNU: 999 04/13/17 |
| 04/13/2017 | OFFENSE | CAPITAL MURDER (MULTI MURDER) LEVEL FC 04/13/17 |
| 04/11/2017 | C87 ACTIVITY | BOND SET STATUS J CFI 178 SNU: 999 04/11/17 |
| 04/11/2017 | CONDITIONS OTHER | 04/11/17 |
| 04/03/2017 | MOTIONS | APP WRIT MTN SET BND SNU: 999 04/04/17 |
| 04/03/2017 | MOTIONS | FILED CFI 178 04/04/17 |
| 03/31/2017 | COMPLAINT FILED | 0944 178 CAPITAL MURDER (MULTI M LEVEL FC 03/31/17 |
| 03/31/2017 | BOND SET | $0 SNU: 999 03/31/17 |
| 03/31/2017 | REVIEWED BY | LONGORIA, S. MARTINA B. 03/31/17 |
| 03/31/2017 | ORI | HARRIS COUNTY D. A. OFFENSE NO: 096848716 JC 03/31/17 |
| 03/31/2017 | COMPLAINANT | LONGORIA, MARTINA 03/31/17 |

Bookings/Holds +

Criminal History +

Witness +

Parties +

Restitu/Copies Fees +

Settings +

Court Registry +

Related Cases +

Aliases +

Payment Plan +

Images +