United States District Court
Southern District of Texas
**ENTERED**
December 06, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTONIO ARMSTRONG, JR. | § |
| | § |
| VS | § CIVIL ACTION NO. H-23-3003 |
| | § |
| CITY OF HOUTONS, TEXAS | § |

### ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed on December 1, 2023 (Doc. No. 9), this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this ___5th___ day of December 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE